**Richard J. WESNER, Plaintiff-Appellant,**

v.

**OCWEN LOAN SERVICING, LLC, Defendant-Appellee.**

No. 16-17372

Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(July 21, 2017)

Brian Keith Korte, Korte & Wortman, PA, West Palm Beach, FL, for Plaintiff-Appellant

Anthony R. Yanez, Nicole R. Topper, Blank Rome, LLP, Ft Lauderdale, FL, for Defendant-Appellee

Before TJOFLAT, MARCUS, and MARTIN, Circuit Judges.

PER CURIAM:

Richard J. Wesner appeals the District Court's November 14, 2016 order, Doc. 11, entered pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing his complaint for relief against Ocwen Loan Servicing, LLC's for its alleged failure to comply with section 2605(k)(1)(E) of the Real Estate Settlement Provisions Act, 12 U.S.C. § 2601 *et seq.* and section 1024.36 of the Act's implementing regulation, 12 C.F.R. § 1024 *et seq.* We find no merit in his appeal, concluding for the reasons the District Court stated in its order that Wes-

ner's complaint fails to state a claim for relief.

AFFIRMED.